IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL KREISCHER,<br>Plaintiff,<br><br>v.<br><br>E. DAVID CHRISTINE, et al.,<br>Defendants | No.  3:21-cv-00221-RDM<br><br><br>Jury Trial Demanded |

## SCHEDULING ORDER

AND NOW, this _____ day of May 2021, following the case management conference held on this date, IT IS HEREBY ORDERED THAT the following case management deadlines are established in the above-captioned action:

1. **Joinder of Parties.**  Any joinder of parties shall be accomplished by October 1, 2021.

2. **Amendments.**  Amendments to the pleadings shall be filed by October 1, 2021.  Said amendment shall be accompanied by either motion or written consent by adverse party, as required by Rule 15(a), Fed.R.Civ.P.

3. **Discovery.**  All discovery shall be completed by December 30, 2021.

4. **Expert Reports.**  Reports of Plaintiff's retained experts shall be produced by October 1, 2021.  Reports of Defendants' retained experts shall be produced by November 1, 2021.  Supplementations shall be due by December 1, 2021.

Counsel are reminded that discovery disputes will be handled as follows: In the first instance, counsel should discuss, in good faith, an equitable resolution of their discovery disagreements.  If this good faith discussion is unsuccessful, <u>counsel shall place on the docket</u> a letter describing the nature of the discovery dispute, and the Court shall promptly schedule a conference call among all parties to discuss and resolve the dispute.  If, after the conference call, the Court believes the issues need briefing by the parties, it will set down an appropriate briefing schedule.  No written discovery motions are to be field without leave of Court, and even then only following the above-noted procedure.

5. **Dispositive Motions.**  All case dispositive motions shall be filed by January 21, 2022.

6. **Final Pretrial Conference and Trial.**  Counsel have advised that they anticipate the case will be trial ready in May 2022.

The final pretrial conference and trial dates will be determined after

the dispositive motion deadline has expired.

_____
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge