## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL KREISCHER,                :    CIVIL NO. 3:21-CV-0221
                                  :
    Plaintiff                     :    Magistrate Judge Saporito
                                  :
       v.                       :
                                  :
E. DAVID CHRISTINE, JR.,          :
et al.,                           :
                                  :
    Defendants                    :

FILED
WILKES BARRE

NOV 02 2021

PER _MS_

### ORDER

AND NOW, this 2nd day of November, 2021, IT IS HEREBY

ORDERED THAT:

    1.    A telephonic discovery conference shall be conducted in the

above-captioned action on **November 10, 2021, at 2:00 p.m.** to discuss

plaintiff's Doc. 20 motion to compel discovery.

    2.    Counsel shall utilize the following information to access the

conference:

        **Toll-Free Number: (888) 251-2909**
        **Access Code: 2052706**


**JOSEPH F. SAPORITO, JR.**
**United States Magistrate Judge**